UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 10407
   MARLIN G MAATTA
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-4124
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/23/06 and confirmed on 10/27/06.

   2. The case was dismissed after confirmation, 08/22/2008.

   3. The Debtor paid a total of $  12700.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| REGIONS MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| REGIONS MORTGAGE | MORTGAGE ARRE | 10708.53 | .00 | 10708.53 |
| HSBC | SECURED | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 298.83 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 284.23 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 898.83 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 596.38 | .00 | .00 |
| CROSS COUNTRY BANK | UNSECURED | NOT FILED | .00 | .00 |
| DELL FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 610.10 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 386.33 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 295.15 | .00 | 145.81 |
| B LINE LLC | UNSECURED | 699.06 | .00 | .00 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 11003.68 | .00 | 3773.76 | .00 | 14777.44 |
| PRINCIPAL PAID | 10854.34 | .00 | .00 | .00 | 10854.34 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 10854.34 | .00 | .00 | .00 | 10854.34 |

The Debtor's attorney, THOMAS R HITCHCOCK           , was allowed $  2500.00
and was paid $  1226.00  direct and $  1274.00  through the plan.

The Trustee received $    571.66 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

```
Dated: 11/12/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

                                PAGE   2
            CASE NO. 06 B 10407 MARLIN G MAATTA